# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY LUCKERT, ) | |
| ) | 8:07CV5010 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| COUNTY OF DODGE, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court *sua sponte.* On June 11, 2007, the court notified the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 10. No such report has been filed. However, the court notes that a motion to dismiss (Filing No. 11) has been filed in this case. Therefore,

**IT IS ORDERED:**

The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 11), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 24th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge