IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHERRY LUCKERT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:07CV5010** |
| vs. | ) | |
| | ) | **ORDER** |
| **COUNTY OF DODGE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on January 30, 2008.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **February 7, 2008, at 10:00 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 30th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge