IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY LUCKERT, Personal Representative of the Estate of Troy Sampson, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>DODGE COUNTY, a Nebraska Political Subdivision, DOUG CAMPBELL, in his individual and official capacity, TIFFANY WILLIAMS, in her individual and official capacity, JO-EL CHILES, in his individual and official capacity, STACY HUFFMAN, in her individual and official capacity, CYNTHIA JULIAN, R.N., in her individual and official capacity, MARK ROBESON, in his individual and official capacity, WAYNE HANK, in his individual and official capacity, and LARRY JUEDES, in his individual and official capacity,<br><br>Defendants. | 8:07CV5010<br><br>ORDER |

The matter before the court is the plaintiff's unopposed motion to dismiss defendants Stacy Huffman, Wayne Hank and Larry Juedes without prejudice. Filing No. 73. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 29th day of December, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge