## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY LUCKERT, Personal Representative of the Estate of TROY SAMPSON, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF DODGE, A Nebraska Political Subdivision; DOUG CAMPBELL, in his individual and official capacity; TIFFANY WILLIAMS, in her individual and official capacity; JO-EL CHILES, in his individual and official capacity; CYNTHIA JULIAN, in her individual and official capacity; and MARK ROBESON, in his individual and official capacity,<br><br>Defendants. | 8:07CV5010<br><br>ORDER |

This matter is before the court on the plaintiff's Motion for Enlargement of Time (Filing No. 120) in which to respond to defendant's Motion in Limine to Strike Plaintiff's Expert (Filing No. 115), and the plaintiff's Motion for Enlargement of Time (Filing No. 128) in which to respond to defendant's Motion to Exclude Testimony of Lindsay Hayes (also Filing No. 115). **Filing No. 120** will be denied as moot. **Filing No. 128** will be granted *only* to the extent plaintiff may respond **on or before April 2, 2010.**

 IT IS ORDERED:

 1. The Motion for Enlargement of Time (Filing No. 120) is denied as moot.

 2. The plaintiff shall have until April 2, 2010, to respond to defendant's pending Motion in Limine (Filing No. 115).

 DATED this 25th day of March, 2010.

 BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge