IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY LUCKERT, Personal Representative of the Estate of Troy Sampson, Deceased,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DODGE COUNTY, et al.,<br><br>　　　　　　Defendants. | 8:07CV5010<br><br>ORDER |

　　　　Before the court are (1) Suggestion of Death of Defendant Robeson (Filing No. 155) filed by defendants Dodge County, et al., and (2) Plaintiff's Motion to Dismiss Defendant Robeson (Filing No. 160). No objection has been filed. Accordingly,

　　　　IT IS ORDERED that defendant Mark Robeson is hereby dismissed from this matter.

　　　　DATED this 9th day of June, 2010.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Chief United States District Judge

---

　　　　*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.