IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY LUCKERT. Personal Representative of the Estate of Troy Sampson, Deceased )<br><br>Plaintiff, )<br><br>vs. )<br><br>DODGE COUNTY, DOUG CAMPBELL in his individual and official capacity, CYNTHIA JULIAN, R.N in her individual and official capacity, )<br>Defendants ) | Case No. 8:07CV5010<br><br>AMENDED ORDER TO WITHDRAW EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Plaintiff Exhibit #s 1, 5, 7a-7d, 17, 20, 21, 24-30,33, 37, 38,40, 42, 45, 46,47,

53, 57, 62, 63, 64-70, 76, 82, 85, 86,

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 9th day of July, 2010.

s/ Joseph F. Bataillon
United States District Judge